UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE F. SULLIVAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | NO. CV-05-3088-EFS<br><br>**ORDER DISMISSING**<br>**PLAINTIFF'S ACTION** |

　　On September 12, 2005, Plaintiff Jane Sullivan filed a *pro se* Complaint with this Court against the State of Washington. (Ct. Rec. 4.) Under 28 U.S.C. § 1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency. On December 19, 2005, the Court conducted the required screening and determined Plaintiff's Complaint failed to comply with Federal Rule of Civil Procedure 8(a) in that it did not state the grounds upon which the Court's jurisdiction is based, explain why Plaintiff is entitled to relief, or make a demand for relief. (Ct. Rec. 23.)  The Court then afforded Plaintiff an opportunity to file an Amended Complaint that complies with Rule 8(a). *Id.*  In addition, the Court cautioned Plaintiff that her failure to file a Complaint in compliance with Rule 8(a) by January 12, 2006, would result in the dismissal of this action. *Id.*

ORDER ~ 1

1 On January 10, 2006, Plaintiff filed a 1st Amended Complaint. (Ct.
2 Rec. 27.)  Thereafter, the Court screened the 1st Amended Complaint for
3 legal and factual sufficiency as it had done with the original Complaint.
4 Once again, Plaintiff has failed to comply with Rule 8(a).  The 1st
5 Amended Complaint does not state the grounds upon which the Court's
6 jurisdiction is based, explain why Plaintiff is entitled to relief, or
7 make any demand for relief. *Id.*  Because Plaintiff has failed to file an
8 amended complaint in compliance with Rule 8(a), the Court hereby
9 dismisses Plaintiff's action without prejudice.

10 **IT IS HEREBY ORDERED:** Plaintiff's action is **DISMISSED** without
11 prejudice.

12 **IT IS SO ORDERED.**  The District Court Executive is directed to:
13 enter this Order, enter judgment accordingly, provide a copy to
14 Plaintiff, and **CLOSE THIS FILE.**

15 **DATED** this ___19th___ day of January, 2006.

>                    s/ Edward F. Shea
>                    EDWARD F. SHEA
>              United States District Judge

Q:\Civil\2005\3088.dismiss.action.frm

ORDER ~ 2